IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY ROBINSON, AIS # 256400, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv372-WKW |
| ) | |
| LILIAN WATSON-FOSTER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On May 23, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 2) is ADOPTED;

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d); the Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

Done this 12th day of June 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE